IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THE UNITED STATES OF AMERICA,            )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    ) 6:18CR14
                                          )
JOHNATHAN TRAVIS OLIVER,                  )
                                          )
        Defendant.                        )

O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this 3rd day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA